FILED

2011 OCT -3  AM 11: 50

JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

v.

TONEY L. TODD,

        Respondent.

_____/

Case No. 3:11-mc-52-J-37 JBM

## PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

Petitioner, the UNITED STATES OF AMERICA, on behalf of the INTERNAL REVENUE SERVICE, by and through the United States Attorney for the Middle District of Florida, states the following:

1.      This is a proceeding brought pursuant to the provisions of Sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. §§ 7402(b) and 7604(a), to judicially enforce an Internal Revenue Service summons.

2.      The Respondent, Toney L. Todd (Todd), resides at 4389 SW 102nd Avenue, Lake Butler, Florida, within the jurisdiction of this Court.

3.      Nell Casey is a duly commissioned Revenue Officer employed in the Office of the Area Director of Internal Revenue Service, Small Business/Self-Employed Compliance Division at Maitland, Florida and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained

in Section 7602 of Title 26 U.S.C., and Treasury Regulation Section 301.7602-1, 26 C.F.R. § 301.7602-1.[1]

4.     Revenue Officer Nell Casey is conducting an investigation into the collection of the individual income tax assessments of Todd for the calendar years ending December 31, 2003 and December 31, 2004, as set forth in the Declaration of Revenue Officer Nell Casey attached hereto as Exhibit 1.

5.     Todd is in possession and control of testimony, books, records, papers, and other data which are relevant to the above-described investigation.

6.     On November 4, 2010, an Internal Revenue Service summons was issued by Revenue Officer Nell Casey directing Todd to appear before Revenue Officer Casey on November 29, 2010, at 10:00 A.M. to testify and to produce the books, records, and other documents demanded in the summons. An attested copy of the summons was served on Todd by leaving it at the last and usual place of his abode at the Respondent's residence located at 4389 SW 102nd Avenue, Lake Butler, Florida, by Revenue Officer Casey on November 5, 2010. The summons is attached hereto and incorporated herein as Exhibit 2.

---

[1]Nell Casey is an authorized pseudonym. Use of Pseudonyms approved on or before July 22, 1998, is allowed pursuant to the March 10, 1992, Order of the Federal Service Impasses Panel, which is empowered to make such a decision under 5 U.S.C. § 7119. Use of pseudonyms, approved after July 22, 1998, is allowed pursuant to Section 3706 of the Internal Revenue Service Restructuring and reform Act of 1998, Pub. L. No. 105-206, 112 Stat. 778.

7.     Todd did not appear on November 29, 2010, in response to the summons. Todd's refusal to comply with the summons continues to date as set forth in the Declaration of Revenue Officer Nell Casey attached hereto as Exhibit 1.

8.     Although some of the records are already in the possession of the Internal Revenue Service, all of the books, papers, records, or other data sought by the summons are not.

9.     All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

10.     It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly investigate the collection of the Federal individual income tax assessments of Todd for the calendar years ending December 31, 2003 and December 31, 2004, as is evidenced by the Declaration of Nell Casey attached hereto and incorporated herein as part of this petition.

11.     A Justice Department referral, as defined by Section 7602(d)(2) of the Internal Revenue Code of 1986, is not in effect with respect to Todd for the years under investigation.

WHEREFORE, Petitioner respectfully prays:

1.     That the Court issue an order directing the Respondent, Toney L. Todd, to show cause, if any, why Respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

2.      That the Court enter an order directing the Respondent, Toney L. Todd, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Nell Casey or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Casey, or any other proper officer or employee of the Internal Revenue Service.

3.      That the United States recover its costs in maintaining this action.

4.      That the Court grant such other and further relief as is just and proper.

A proposed order is attached.

Dated this 3rd_day of October, 2011.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

/s/ Dale R. Campion
DALE R. CAMPION
Assistant United States Attorney
Trial Counsel
Florida Bar No. 0471488
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone No. (904) 301-6324/6300
Facsimile No. (904) 301-6363
Email: Dale.Campion@usdoj.gov

4

cc:    Robert W. Dillard
       Associate Area Counsel
       Internal Revenue Service
       Office of Division Counsel, SBSE
       400 West Bay Street, Suite 240
       Jacksonville, FL 32202

       Nell Casey, Revenue Officer
       Internal Revenue Service
       3300 SW 34th Avenue
       Suite 152
       Ocala, FL 32751